# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

LINDA K. HIGGINBOTHAM,

       Plaintiff,

-vs-                                 Case No.    C-1-03-687

OHIO DEPARTMENT OF MENTAL HEALTH,

       Defendant,

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants' Motion for Summary Judgment is Granted. Plaintiff's claims are Dismissed and this action is Terminated on the docket of the Court at Plaintiff's cost.

Date:   September 22, 2005                              JAMES BONINI., CLERK

                                                                    By:s/   Darlene Maury
                                                                     Darlene Maury, Deputy Clerk